MILLER-ASCHHEIM COMPANY, INC., Respondent, *v.* DALTON & BALCH, INC., Appellant.

(Argued April 6, 1931; decided May 12, 1931.)

*I. Maurice Wormser* and *Sidney Forscher* for appellant.
*Herman C. Pollack* for respondent.

Judgment of the Appellate Division and that of the Trial Term modified by deducting from the judgment the sum of $1,065.14, the amount received by the plaintiff from sales for the Victor Piston Ring Company, and as modified affirmed, without costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, KELLOGG, O'BRIEN and HUBBS, JJ. Dissenting: CRANE and LEHMAN, JJ.